IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA,

    Plaintiff,                       MISC. S-02-0255 LKK PAN PS

    vs.

LEONORA ROTAR, et al.,

    Defendants.                     ORDER

_____/

        On September 11, 2002, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed September 11, 2002, are ADOPTED; and

2. This matter is summarily remanded to Placer County Superior Court. <u>See</u> 28 U.S.C. § 1446(c)(4).

DATED: July 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

rotar255.jo

2